1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   GLENN O'CONNOR,                          1:17-cv-01101-MJS-(HC)

12              Petitioner,

13        v.                                  ORDER TRANSFERRING CASE TO THE
                                              SACRAMENTO DIVISION OF THE
14   J. LIZARRAGA,                            EASTERN DISTRICT OF CALIFORNIA

15              Respondent.

16

17
         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action
18
     pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis
19
     pursuant to 28 U.S.C. § 1915.
20
         Venue for a habeas action is proper in either the district of confinement or the
21
     district of conviction. 28 U.S.C. § 2241(d). It is preferable for petitions challenging a
22
     conviction or sentence to be heard in the district of conviction and for petitions
23
     challenging the manner in which the sentence is being executed to be heard in the
24
     district of confinement. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989).
25
         Here, Petitioner is challenging the manner in which his sentence is being
26
     executed as a result of prison disciplinary proceedings. Accordingly, it is preferable for
27
     his challenge to be heard in the district of confinement. Petitioner is housed at Mule
28
                                             1

1  Creek State Prison, located in Amador County, which is part of the Sacramento Division

2  of the United States District Court for the Eastern District of California.  Therefore, the

3  petition should have been filed in the Sacramento Division.

4      Pursuant to Local Rule 120(f), a civil action which has not been commenced in

5  the proper court may, on the court's own motion, be transferred to the proper court.

6  Therefore, this action will be transferred to the Sacramento Division. Good cause

7  appearing, IT IS HEREBY ORDERED that:

8      1.  This action is transferred to the United States District Court for the Eastern

9  District of California sitting in Sacramento; and

10     2.  All future filings shall reference the new Sacramento case number assigned

11  and shall be filed at:

    United States District Court
12  Eastern District of California
    501 "I" Street, Suite 4-200
13  Sacramento, CA 95814

14

15     3.  This court has not ruled on petitioner's request to proceed in forma pauperis.

16

17  IT IS SO ORDERED.

18
    Dated:   August 17, 2017          /s/ *Michael J. Seng*
19                                     UNITED STATES MAGISTRATE JUDGE

20

21

22

23

24

25

26

27

28