1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   GLENN O'CONNOR,                        No.  2:17-cv-1704 KJN P

12                  Petitioner,

13        v.                                ORDER

14   J. LIZARRAGA,

15                  Respondent.

16

17          Petitioner is a state prisoner, proceeding pro se and in forma pauperis, with a petition for a

18   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On October 3, 2017, respondent filed a

19   motion to dismiss.  On November 6, 2017, petitioner filed a response to the motion, stating that

20   he was unaware of the shift from habeas to civil rights for life prisoners seeking relief to a

21   disciplinary charge, as outlined in respondent's motion, and he "would like to withdraw his

22   habeas petition."  (ECF No. 11 at 2.)  Good cause appearing, petitioner's request is granted, and

23   this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a).

24          In accordance with the above, IT IS HEREBY ORDERED that this action is dismissed

25   without prejudice.  Fed. R. Civ. P. 41(a).

26   Dated:  November 8, 2017

27

28   /ocon1704.dsm

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1